```
       IN THE UNITED STATES DISTRICT COURT
    FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                  AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                   CRIMINAL NO. 2:22-00229

TRAVIS DEVON WOODS
.

## MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of the defendant Travis Devon Woods for a continuance of the trial and all related deadlines and for a finding of excludable time under the Speedy Trial Act. (ECF No. 21.)  Counsel for defendant explains that additional time is needed to thoroughly review discovery with the defendant.  Upon completion of that review, additional time is also needed to conduct necessary investigation and research prior to determining what, if any, motions need to be filed on his behalf. The government does not object to a continuance.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** defendant's motion to continue.  In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion

"would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:

1. The deadline for the filing of pretrial motions is continued to **May 25, 2023;**
2. The Pretrial Motions Hearing is continued to **June 6, 2023,** at 2:00 a.m. in Charleston;
3. Jury Instructions and Proposed Voir Dire are due by **July 3, 2023;**
4. Trial of this action is continued to **July 11, 2023,** at 9:30 a.m. in Charleston; and
5. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 7th day of April, 2023.

ENTER:

David A. Faber
Senior United States District Judge